UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 17 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,       )
                                )
                                )
        v.                      )       **Criminal No. 10-255 (ESH)**
                                )
YOLANDA POWERS,                 )
                                )
        **Defendants.**         )
_____ )

## ORDER

In a hearing before Magistrate Judge Alan Kay on November 10, 2010, defendant

Yolanda Powers entered a plea of guilty. On November 12, 2010, the magistrate judge issued a

Report and Recommendation advising the Court to accept defendant Powers's plea. The Court

has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b)

("Any party may file written objections to the magistrate judge's proposed findings and

recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the

Court hereby adopts the recommendation of the magistrate judge and accepts defendant Powers's

guilty plea.

        **SO ORDERED.**

                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: November 16, 2010